**Opinion issued December 31, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-13-00647-CV**

_____

**ROBERT HOVEL AND TANIA HOVEL, Appellants**

**V.**

**CHARLES MAHLER AND 7677 REAL STREET, LLC, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-02562**

---

## MEMORANDUM OPINION

Appellants, Robert Hovel and Tania Hovel, have filed a motion to dismiss

the appeal. No other party has filed a notice of appeal, and no opinion has issued.

Further, although appellants failed to include a certificate of conference in their

motion, appellants' motion includes a certificate of service, more than 10 days

have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.